# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **FRED HOWARD, JR.** | **CIVIL ACTION NO. 19-1217-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **HERSY JONES, JR.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

It is ordered that Plaintiff's complaint is dismissed without prejudice for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 6th day of December 2019.

_____
**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**